[No. 14596-1-II. Division Two. February 22, 1993.]

PUGET SOUND SOCIAL SERVICES, ET AL, *Respondents*, v. DOROTHY CUMMINGS, ET AL, *Defendants*, ESTER MAY STRICKLAND, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-00095-0, E. Albert Morrison, J., entered December 14, 1990. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrich, J., and Worswick, J. Pro Tem.

[No. 14439-5-II. Division Two. February 22, 1993.]

RODERICK M. DEAN, ET AL, *Appellants*, v. WILLIAM C. CLEMENT, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-03942-2, Waldo F. Stone, J., entered October 22, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 13673-2-II. Division Two. February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE DONALDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00100-2, James D. Roper, J., entered February 14, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Morgan, J., and Worswick, J. Pro Tem.